1  Khatereh S. Fahimi, Bar No. 252152
   sfahimi@littler.com
2  Noah J. Woods, Bar No. 264823
   nwoods@littler.com
3  Christopher A. Moore, Bar No. 342089
   camoore@littler.com
4  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
5  San Diego, California 92101
   Telephone: 619.232.0441
6  Facsimile:  619.232.4302

7  Attorneys for Defendant
   LUXOTTICA OF AMERICA INC. d/b/a
8  LENSCRAFTERS (formerly Luxottica
   Retail North America)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASSION GABOUREL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS, an Ohio corporation; LUXOTTICA RETAIL NORTH AMERICA, INC., a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00471-FWS-MAAx<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date: March 24, 2026<br>Complaint Filed: November 23, 2021 |

Plaintiff PASSION GABOUREL and Defendant LUXOTTICA OF AMERICA INC. D/B/A LENSCRAFTERS (FORMERLY LUXOTTICA RETAIL NORTH AMERICA, INC.) (collectively, the "Parties"), by and through their respective counsel, hereby jointly give the Court notice that the Parties attended a Mandatory Settlement Conference on February 2, 2026 before the Honorable Maria A. Audero and have reached a settlement in principle and are in the process of preparing and finalizing a written settlement agreement.

The Parties therefore apply to this Honorable Court to vacate all currently set dates in this matter.

**IT IS SO STIPULATED.**

Dated: February 3, 2026　　　　　　　　**MATERN LAW GROUP, PC**

By:　*/s/ Launa Adolph*
　　　MATTHEW J. MATERN
　　　LAUNA ADOLPH
　　　KAYVON SABOURIAN
　　　Attorneys for Plaintiff PASSION GABOUREL

Dated: February 3, 2026　　　　　　　　**LITTLER MENDELSON, P.C.**

By:　*Khatereh Sage Fahimi*
　　　KHATEREH SAGE FAHIMI
　　　NOAH J. WOODS
　　　CHRITOPHER A. MOORE
　　　Attorneys for Defendant
　　　LUXOTTICA OF AMERICA INC. D/B/A
　　　LENSCRAFTERS (FORMERLY LUXOTTICA
　　　RETAIL NORTH AMERICA, INC.)

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

2　　　　CASE NO. 2:22-cv-00471-FWS-MAAx

JOINT NOTICE OF SETTLEMENT

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4 that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

*/s/ Khatereh Sage Fahimi*
Khatereh Sage Fahimi

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441