UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## JS-6

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | 2:22-cv-00471-FWS-MAA | **Date** | February 4, 2026 |
| **Title** | Passion Gabourel v. Luxottica of America Inc. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS:     (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The court, having been advised by a Notice of Settlement [140] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

-   :   -

Initials of Deputy Clerk     rrp

CC: