JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**PASSION GABOUREL,**

**Plaintiff,**

**v.**

**LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS; LUXOTTICA RETAIL NORTH AMERICA, INC.; and DOES 1 through 50, inclusive,**

**Defendants.**

**Case No. 2:22-cv-00471-FWS-MAA**

**JUDGMENT**

Plaintiff Passion Gabourel brought this putative class action asserting claims against Defendants Luxottica of America Inc. d/b/a LensCrafters and Luxottica Retail North America, Inc. (together, "Luxottica") under the California Labor Code and the Private Attorneys General Act ("PAGA"). (Dkt. 1-1 (Complaint).)

After the court denied Plaintiff's Motion for Class Certification, (Dkt. 111), "the parties reached a settlement of the case in its entirety." (Dkt. 142.) On October 5, 2026, the court granted Plaintiff's Motion for Approval of the Settlement.

Consistent with the court's October 5, 2026, Order, the court hereby **ENTERS JUDGMENT** consistent with the terms of the Settlement Agreement between Plaintiff and Luxottica, under which Luxottica shall pay $645,000 to settle this case while denying wrongdoing.

**IT IS SO ORDERED.**

DATED: October 5, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE